**COUNTY OF SUFFOLK**



**EDWARD P. ROMAINE**
SUFFOLK COUNTY EXECUTIVE

**CHRISTOPHER J. CLAYTON**
**COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

September 29, 2025

Honorable Ramon E. Reyes, U.S.D.J.
United States District Court—E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

    RE:   Bonsignore v. County of Suffolk, et al
           Docket No.: 22-cv-02925(RER)(AYS)

Dear Judge Reyes:

This Office represents the Suffolk County defendants in the above-referenced matter.

As the Court is aware, the County Defendants' motion for a pre-motion conference, Local Rule 56.1 Statements and Supporting Exhibits in anticipation of our motion for summary judgment are due on October 1, 2025.

We write to respectfully advise the Court that the County defendants intend to file two (2) of our exhibits under seal as it is comprised of the autopsy report of Jesse Bonsignore and scene photographs. These materials are covered by the Confidentiality Order so-ordered in this matter by the Hon. Anne Y. Shields, U.S.M.J., on May 22, 2023 [DE 21] and thus must be filed under seal pursuant to paragraph 8 of said Order. Accordingly, we write to respectfully request permission to file said exhibits under seal pursuant to the Court's rules.

We thank the Court for its attention to this matter.

Respectfully submitted,

Christopher J. Clayton
County Attorney
*/s/ Kyle Wood*
By: Kyle Wood
Assistant County Attorney

CC:    All counsel of record (Via ECF)

LOCATION                                                  MAILING ADDRESS
H. LEE DENNISON BLDG.                             P.O. BOX 6100                                     (631) 853-4049
100 VETERANS MEMORIAL HIGHWAY   ♦  HAUPPAUGE, NY 11788-0099   ♦  TELECOPIER (631) 853-5169