5-21-21
0120

At [REDACTED] Manorville.

I, Kenneth G. Rymar, being duly sworn deposes and says: I am 62 years old. I was born [REDACTED]. I am giving this statement to Detective Michael McLay 1106 and Detective Thomas Henry 1431 of the Suffolk County Police Department.

On Thursday, May 20, 2021 around 10:15 PM I was coming home driving south on Bauer Av, Manorville. As I was approaching my home I saw a car parked on the grass across the street from my home. It is an odd location for a car to be parked. I pulled up behind the car, I didn't see anyone in the car. I pulled into my driveway and went into my home. I went and got a flashlight and took the dog for a walk. I approached the maroon car and looked inside the car. I saw a white face in the back of the car, the person was laying down. I returned to my home and called 911. Shortly after I called 911 a Police Officer arrived. The Police Officer exited his vehicle and knocked on the window of the maroon car. The Police Officer told the man to exit the vehicle. The man got out of the drivers side rear door of the car. The Police Officer was giving commands. The man put his hands on the roof of the car. The Police Officer told the man to put his hands behind his back. &R

5-21-21 Continued statement of Kenneth G Rymer 21-258535

The man begins to resist the officer, he was flailing his arms and reaching around back at the officer. The officer was attempting to handcuff him. The officer was yelling commands, "Do you understand what I am saying?". During the physical confrontation I ran back from my front door to my family room to get my shoes. I put my shoes on and exited my home going to the front gate. I saw the man on the ground, the Police Officer had the man at gunpoint. The 2nd Police Officer arrived and Police Officer #1 told Officer #2 to handcuff the man. Officer #2 asked Officer #1 what happened? Officer #1 said the man went for my gun. I returned to the front door of my home. Officer #1 and Officer #2 immediately started CPR on the man. More Police Officers and the ambulance arrived. My home has a "Ring" camera system which I told the Police about. The Police retrieved images from my system. I have fully read the above statement consisting of two pages and I swear it is all true.

K. [signature]

Sworn to before me this 21st day of May, 2021
Michael Milau

MICHAEL MILAU
Notary Public, State of New York
No. 01MI5035659
Qualified in Suffolk County
Commission Expires Nov. 7, 2022

PDCS-7129

Att # 15