Exhibit C - Video and Audio RING camera Manorville, Suffolk County

Flash drive mailed to Court