# EXHIBIT A

PLACE HOLDER FOR PLAINTIFF'S EXHIBIT A

CLOSE UP VIDEO OF RING CAMERA