

*Attorneys and Counselors at Law*
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

Frederick K. Brewington
Albert D. Manuel III
Cobia M. Powell

Of Counsel
Oscar Holt III
Jay D. Umans

December 19, 2025

***VIA ELECTRONIC CASE FILING***
Honorable Ramon E. Reyes,
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: Bonsignore v County of Suffolk, et.al.
    Docket No.: 22-CV-02925(ENV)(AYS)

Dear Judge Reyes,

  As the record reflects, we are co-counsel representing Plaintiff in the above referenced matter. We write the Court jointly with Defendant counsel regarding the parties proposed briefing schedule for Defendants' anticipated Motion for Summary Judgment, pursuant to this Court's Order of December 3, 2025.

  As an initial matter, Plaintiff voluntarily withdraws the following claims:

- Claim III - Withholding of Evidence/Denial Of Access to Courts;
- Claim VI - 42 USC 12131-12134, Title II of the Americans with Disabilities Act (ADA) and § 504 of the Rehabilitation Act;
- Claim IX - State Law Claim of False Arrest;
- Claim X - State Law Claim of False Imprisonment; and
- Claim XI - State Law Claim of Abuse of Process.

Therefore, Plaintiff continues to assert the following claims:

- Claim I - 42 USC § 1983 - False Arrest;
- Claim II - 42 USC § 1983 - Fabrication of Evidence;
- Claim IV - 42 USC § 1983 - Excessive Force;
- Claim V - 42 U.S.C. § 1983 Municipal Liability; and
- Claim VII - State Law Assault;

- Claim VIII - State Law Battery;
- Claim XII - Intentional Infliction of Emotional Distress.

Having conferred with Defendant Counsel and based upon the upcoming holiday and vacation schedules, the parties propose the following Briefing Schedule:

- Defendants' Brief due on or before February 15, 2026;
- Plaintiff's Opposition due on or before March 18, 2026; and
- Defendants' Reply due on or before April 2, 2026.

The parties also agree to engage in settlement discussions between the parties and welcome a settlement conference with the Court,

We thank the Court for its time and attention in this matter.

Respectfully submitted,

Albert D. Manuel III

cc: All Counsel by ECF